## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Aberdeen Johnson,<br><br>        Plaintiff,<br><br>v.<br><br>Boehringer Ingelheim Corporation, Boehringer Ingelheim Roxane, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Roxane Laboratories, Inc.<br><br>        Defendants. | Civil No. 06-3183 (RHK/JSM)<br><br>**ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to the parties' Stipulation (Doc. No. 25), **IT IS ORDERED** that any and all claims are hereby **DISMISSED WITH PREJUDICE**, on the merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 18, 2008

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge